## JULIEN BEAULIEU *versus* JOHN BURN

PAPERS IN FILE (1817): (1) Capias and return; (2) affidavit for bail, allowance.
*Office Docket*, MS p. 53, c. 3.

## UNITED STATES *versus* A VESSEL CALLED THE "NIGHT HAWK"

PAPERS IN FILE (1817–18): (1) Libel; (2) deposition of Gilbert Knapp; (3) deposition of Daniel Dobbins; (4) transcript of order of sale; (5) clerk's memoranda.

## UNITED STATES *versus* ONE BARREL OF JAMAICA SPIRITS AND THIRTY-NINE BARRELS OF APPLES

PAPERS IN FILE (1817–18): (1) Libel; (2) commission to take depositions, deposition of Joshua Barnard.

## OLIVER W. MILLER, ROBERT SMART AND CONRAD TEN EYCK *versus* THOMAS GILBERT

PAPERS IN FILE (1818): (1) Precipe for capias; (2) capias and return.
*Office Docket*, MS p. 57, c. 2.